**DISMISS and Opinion Filed January 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00033-CR

**REGINALD ARLEIGH NOBLE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F00-50025-K**

## MEMORANDUM OPINION

Before Justices Bridges, Whitehill, and Nowell
Opinion by Justice Bridges

Reginald Arleigh Noble filed a notice of appeal on January 6, 2020, stating he is appealing

the "trial court's jurisdictional defect – void judgment." Noble was convicted of aggravated sexual

assault of a child and sentenced to life in prison. His conviction was affirmed on direct appeal. *See*

*Noble v. State*, No. 08-01-00035-CR, 2002 WL 221886 (Tex. App.—El Paso Feb. 4, 2002, pet.

ref'd) (not designated for publication). In his January 2020 notice of appeal, Noble claims that

Criminal District Court No. 4 lacked jurisdiction to convict him in 2000.

Despite Noble's claim that this is a civil interlocutory appeal, this proceeding is a collateral

attack on a final criminal conviction and, as we have repeatedly informed Noble, falls within the

scope of a post-conviction writ of habeas corpus under article 11.07 of the Texas Code of Criminal

Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07. "It is well established that only the Court

of Criminal Appeals possesses the authority to grant relief in a post-conviction habeas corpus proceeding where there is a final felony conviction." *Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117–18 (Tex. Crim. App. 2013) (quoting *Ex parte Alexander*, 685 S.W.2d 57, 60 (Tex. Crim. App. 1985) and citing TEX. CODE CRIM. PROC. art. 11.07 § 5); *see Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding). "Article 11.07 contains no role for the courts of appeals; the only courts referred to are the convicting court and the Court of Criminal Appeals." *In re McAfee*, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).

Accordingly, we dismiss this proceeding for want of jurisdiction.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200033F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REGINALD ARLEIGH NOBLE,
Appellant

No. 05-20-00033-CR V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 4, Dallas County, Texas
Trial Court Cause No. F00-50025-K.
Opinion delivered by Justice Bridges,
Justices Whitehill and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered January 29, 2020